IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LUIS SANDOVAL,

    Plaintiff,          No. CIV S-07-2476 WBS GGH P

    vs.

CA. MEDICAL FACILITY,

    Defendant.          FINDINGS & RECOMMENDATIONS

_____/

         By order filed December 10, 2007, the court granted plaintiff thirty days to file a complaint that complies with the requirements of the Civil Rights Act, the Federal Rules of Civil Procedure, and the Local Rules of Practice. The thirty day period has now expired, and plaintiff has not filed a complaint or otherwise responded to the court's order.

         For the reasons given in the December 10, 2007, order, IT IS HEREBY RECOMMENDED that this action be dismissed with prejudice. See Local Rule 11-110; Fed. R. Civ. P. 41(b).

         These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of Title 28 U.S.C. § 636(b)(l). Within twenty days after being served with these findings and recommendations, plaintiff may file written objections with the court. The document should be captioned "Objections to Magistrate

Judge's Findings and Recommendations." Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order.

DATED: 04/16/08

/s/ Gregory G. Hollows

‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:035
sand2476.ff